IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$932,501.94 IN FUNDS SEIZED FROM BBVA ACCOUNT ENDING IN 8653<br><br>*Defendant in Rem.* | NO.  3:22-CV-102-S |

## UNITED STATES' REQUEST TO CLERK
## TO ISSUE WARRANT FOR ARREST OF PROPERTY IN REM

Pursuant to Rule G(3)(b)(i) 55(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, the United States of America asks the Clerk of the Court to issue the enclosed warrant of arrest in rem for the *defendant in rem*, $932,501.94 in fund seized from BBVA account 6748368653, in the name of Bear Holding Group, Inc. ("the defendant property"), which is already in the custody, possession, and control of the United States.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY


*/s/ Dimitri N. Rocha*
DIMITRI N. ROCHA
Assistant United States Attorney
Florida Bar No. 0693332
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8650
Facsimile: 214-659-8803
Dimitri.Rocha@usdoj.gov
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on the date stamped above, I filed this document with the Clerk of Court for the U.S. District Court, Northern District of Texas, via the ECF system.

/s/ Dimitri N. Rocha
DIMITRI N. ROCHA
Assistant United States Attorney